**Phillip Luzzo and Josephine Luzzo, appellees, v. Mary Toring et al., on appeal of James H. Hooper, appellant. Gen. No. 29,187.**

Partition. Interlocutory order appointing receiver. Interlocutory appeal from the Superior Court of Cook county; the Hon. Denis E.

Sullivan, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed May 27, 1924.

Charles E. Collins, for appellant. Burke, Jackson & Burke, for appellees.

Mr. Justice Fitch delivered the opinion of the court.